**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02475-PAB
Criminal Case No. 11-cr-00283-PAB-1

UNITED STATES OF AMERICA,

v.

1.  ROBERT T. McALLISTER,

    Movant.

---

# FINAL JUDGMENT

---

In accordance with the Order [Docket No. 276] entered by United States District Judge Philip A. Brimmer on January 8, 2015, the following Final Judgment is hereby entered.  It is

**ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Docket No. 257] filed by movant Robert T. McAllister is DENIED. It is further

**ORDERED** that, pursuant to 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is **DENIED**. It is further

**ORDERED** that Civil Action No. 13-cv-02475-PAB is terminated.

Dated at Denver, Colorado this 13th day of January, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/ Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk